RECEIVED

16 2013

GUAM LAW LIBRARY/
COMPILER OF LAWS

IN THE SUPERIOR COURT OF GUAM

SUPERIOR COURT
OF
2013 JAN 15 PM 2: 53

**PEOPLE OF GUAM,** )    Traffic Court Case. No.#1C00-781464
)
    vs. )
)    DECISION AND ORDER
Donald E. **BRUCE** )
)
                     Defendant. )

This matter came on for bench trial on December 4, 2012 before the HONORABLE SENIOR JUDGE PRO TEMPORE ELIZABETH BARRETT-ANDERSON under the Uniform Summons and Citation complaint #0781464, citing the Defendant with violation of the "Accesible Parking For Persons With Disabilities" statute, 16 GCA §3401.1(b). The Defendant pled not guilty and requested a trial. A representative of the Community Assisted Policing Efforts (CAPE), Mr. Ernesto Rios appeared. Defendant appeared pro se. The parties having presented the merits of the case, the Court reserved on the matter and this decision now follows whereby this matter is DISMISSED.

In People v. Edmund Lee Traffic Case No. IC00-781658, January 8, 2013, the Court heard evidence from Mr. Rios that the handicap parking stalls located within the K-Mart Parking Lot do not meet the minimum dimensions under the Americans with Disabilities Act Accessibility Guidelines for Building and Facilities (ADAAG) has mandated by Title 16 GCA §3401.1(j). The minimum mandatory width must be no less than ninety-six (96) inches. According to Mr. Rios the K-Mart accessible stalls are only ninety-two (92) inches in width. This may contribute in some cases to persons who possess disabled placards to exceed the marked stall lines and encroach onto prohibited aisle access under Section 3401.1(b). It would be unjust to impose hefty monetary sanctions ($300.00) upon persons, who are authorized to possess disabled placards, for violating accessible aisles where the actual stall is less than required minimums. It is unfair to sanction a defendant and yet permit the owner of the facility

to escape any sanction for ADAAG non-compliance. ADAAG requirements guarantee that disabled parking meets federal and international standards for disable parking, and gives adequate notice to the general public of the restrictions and penalties for violating handicap parking laws. This Court will not find a defendant guilty of violating a provision of the accessible parking statute where the owner of a facility is in non-compliance of federal and local laws.

Finally, the Court sua sponte dismisses citations under Title 16 GCA §3404 as said provision is a statute addressing prima facie presumptions, and therefore is a non-citable statute.

For the foregoing reasons this citation is DISMISSED with prejudice.

SO ORDERED: **JAN 1 5 2013**

_____

**HON. ELIZABETH BARRETT-ANDERSON**
**Senior Judge Pro Tempore**
**Traffic Court Judicial Officer**

I do hereby certify that the foregoing is a full true and correct copy of the ORIGINAL on file in the Office of the Clerk of Court, Superior Court of Guam

JAN 1 5 2013

DATED:

JEANETTE GUZMAN
DEPUTY CLERK, Superior Court of Guam